**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

_____

Timothy Gartner,                                                Civil No. 09-1438 (RHK/JSM)

                  Plaintiff,                            **ORDER**

vs.

Michael Astrue, Commissioner of Social
Security,

                  Defendant.

_____

         Based upon the parties' Stipulation (Doc. No. 7), **IT IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** and without costs to either party.

Dated: September 15, 2009

                                                         s/Richard H. Kyle
                                                         RICHARD H. KYLE
                                                         United States District Judge